**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7254**

_____

DENNIS TEMPLE, a/k/a Dennis Maurice Temple,

        Plaintiff - Appellant,

        v.

OWEN MCCLELLAND LLC; ALL SAFE STORAGE CO.; OWE M. ROBERTS, IV, in his individual capacity; HELEN HART PILLANS ROBERTS, in her individual capacity; KIMBERLY EDWARDS CHEWNING, Manager, in her individual capacity; JAMES SINGLETON, Sheriff, in his individual capacity; GREG REED, Captain, in his individual capacity; SCOTT ARNOLD, Sergeant, in his individual capacity; JERRY MOSS, Sergeant, in his individual capacity; CHRISSY T. ADAMS, Solicitor, in her individual capacity; ASSISTANT SOLICITOR LINDSEY S. SIMMONS, in her individual capacity,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson.   Joseph F. Anderson, Jr., Senior District Judge. (8:15-cv-00652-JFA)

_____

Submitted:  December 15, 2015          Decided:  December 18, 2015

_____

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Dennis Temple, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Temple seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545 47 (1949). Because the deficiencies identified by the district court may be remedied by the filing of an amended complaint, we conclude that the order Temple seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED